# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2025-2007
L.T. Case No. 05-2010-CF-53369-A
_____

Jarrell D. Keitt,

    Appellant,

    v.

State of Florida,

    Appellee.

_____

3.853 Appeal from the Circuit Court for Brevard County.
Michelle Lynn Naberhaus, Judge.

Jarrell Keitt, Miami, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa
M. Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

January 20, 2026

Per Curiam.

    Affirmed.

Jay, C.J., and Kilbane and MacIver, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____